**No. 09-987. Arizona Christian School Tuition Organization, Petitioner v. Kathleen M. Winn, et al.**

**No. 09-991. Gale Garriott, Director, Arizona Department of Revenue, Petitioner v. Kathleen M. Winn, et al.**

562 U.S. 1090, 131 S. Ct. 857, 178 L. Ed. 2d 621, 2011 U.S. LEXIS 2.

January 7, 2011. Motion of respondents Glenn Dennard, et al. for leave to file a supplemental brief after argument granted. Motion of respondents Kathleen M. Winn, et al. for leave to file a supplemental brief after argument granted.

**No. 09-1272. Kentucky, Petitioner v. Hollis Deshaun King.**

562 U.S. 1126, 131 S. Ct. 857, 178 L. Ed. 2d 621, 2011 U.S. LEXIS 4.

January 7, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 09-1273. Astra USA, Inc., et al., Petitioners v. Santa Clara County, California.**

562 U.S. 1126, 131 S. Ct. 857, 178 L. Ed. 2d 621, 2011 U.S. LEXIS 5.

January 7, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Motion of Kansas, et al. for leave to participate in oral argument as amici curiae and for divided argument denied. Justice Kagan took no part in the consideration or decision of these motions.